

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

August 8, 2024

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is GRANTED. Defendant Starks may travel to and from the District of New Jersey without seeking further permission from the Court.

SO ORDERED.

Dated: August 8, 2024
      New York, New York

*[signature]*

**JENNIFER L. ROCHON**
**United States District Judge**

<u>**United States v. Charles Starks, 24 Cr. 126 (JLR)**</u>

Dear Judge Rochon:

    I respectfully write to request that the conditions of defendant Charles Starks's bail be slightly modified to allow him to travel to the District of New Jersey without seeking permission from the Court for each individual trip to that District. Mr. Starks lives next door to New Jersey in Staten Island, and the purpose of this request is to allow him to pursue several employment opportunities that have arisen in New Jersey or that require regular travel to New Jersey. By way of example, Mr. Starks is an electrician by training, and he has the opportunity to earn supplemental income for his family by performing work as an electrician in New Jersey.

    Mr. Starks has consulted with his Pretrial Services officer about this request, and Pretrial Services consents. I conferred with the Government and was told that the Government "defer[s] to Pretrial."

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Max Nicholas*
_____

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com