

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

October 25, 2024

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The within travel request is hereby GRANTED.
> This resolves the Consent Letter Motion at Dkt. 21.
>
> Dated: October 25, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>**United States v. Charles Starks, 24 Cr. 126 (JLR)**</u>

Dear Judge Rochon:

    I respectfully write to request that the conditions of defendant Charles Starks's bail be temporarily modified to allow him to travel to the State of Georgia on Tuesday, October 29 and to return to the State of New York on Saturday, November 2. The purpose of Mr. Starks's trip is to visit his daughter.

    I have conferred with the pretrial services officer who is supervising Mr. Starks, as well as the Government, and all parties consent to this request.

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com