

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

January 23, 2025

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

### United States v. Charles Starks, 24 Cr. 126 (JLR)

Dear Judge Rochon:

      My firm represents defendant Charles Starks in the above-captioned case. Mr. Starks's sentencing is currently scheduled for February 5, 2025. I respectfully write to request that the sentencing be adjourned for approximately 45 days. The reason for this request is that the parties have not yet received a Draft Pre-Sentence Investigation Report in this case. Once the Draft Report is filed, Mr. Starks will need to time to review the Draft Report with counsel, consult with counsel as to any objections he wishes to make to the Draft Report, discuss (through counsel) any disputes with respect to the facts in the Draft Report with the Government and the Probation Office, and prepare a sentencing submission based in part on the facts set forth in the final version of the Report once the final version is filed.



   I have conferred with the Government about this request for an adjournment, and the Government consents.

Respectfully submitted,

MAX NICHOLAS LLC

/s/ *Max Nicholas*
_____
Max Nicholas
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com
