

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

March 6, 2025

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Consent Letter Motion GRANTED.  The sentencing is adjourned from March 26, 2025 to May 21, 2025 at 12:00 p.m.
>
> Dated: March 6, 2025
>         New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>**United States v. Charles Starks, 24 Cr. 126 (JLR)**</u>

Dear Judge Rochon:

    My firm is counsel for Charles Starks in the above-captioned case.  Mr. Starks is presently scheduled to be sentenced before this Court on March 26, 2025, with his pre-sentencing memorandum due on March 12, 2025.

    I respectfully write to request that Mr. Starks's sentencing be adjourned until either mid- to late May 2025 (but before May 27, on which date I am scheduled to start a trial) or any time after June 9, 2025 (after which my May 27 trial should have concluded).  This is the second request that the defense has made to adjourn the sentencing.

    The reason for this request is that we have not yet received the draft version of the Probation Department's Pre-Sentence Investigation Report for Mr. Starks.  I have spoken with the Government, and it is my understanding that as of yesterday, March 5, they also have not received a draft.  Once the defense receives a draft, we will review promptly with Mr. Starks, submit any objections to the Probation Department within 14 days, and complete our sentencing memorandum as promptly as possible; however, given the importance of the factual components of the PSR to the process of preparing our sentencing memorandum and preparing for the sentencing itself, I believe that an adjournment until at least mid-May is necessary in order to competently represent Mr. Starks for purposes of sentencing.



The Government consents to this request. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Max Nicholas*

_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com
