# EXHIBIT A

**EXHIBIT A**
**Felony Sentences Imposed on Related Defendants to Date**

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| Gibbs, Leroy[2] | 22 Cr. 534 (CM) | 2/8/23 | $2,000 / $9,950 | 27 to 33 months | Time served | Time served | 27 to 33 months | 33 months' imprisonment |
| Figueroa, Julio | 22 Cr. 605 (DLC) | 2/9/23 | $6,000 / $46,622 | 12 to 18 months | Time served | Time served | 12 to 18 months | 15 months' imprisonment |
| Rivera, John | 24 Cr. 150 (DLC) | 6/28/24 | $7,500 / $60,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 12 months and one day's imprisonment |
| Quetell, Eddie | 24 Cr. 141 (VSB) | 7/23/24 | $9,000 / $85,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 5 months' imprisonment |
| Escobar, Mauricio | 24 Cr. 213 (JPO) | 7/25/24 | $9,500 / $56,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 5 months' imprisonment |
| Hernandez, Jose | 24 Cr. 156 (ALC) | 7/25/24 | $99,500 / $659,800 | 30 to 37 months | 1 year 1 day | 11 months' home detention | 30 to 33.5 months | 19 months' imprisonment |
| Lucas, Tara | 24 Cr. 148 (LTS) | 7/30/24 | $19,000 / $77,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 4 years' probation with 12 months' |

---

[1] Where the Government requested a sentence within a narrower part of the Guidelines range, such as "within the bottom half" or "near the middle," this request has been converted into the corresponding number of months for purposes of this chart.

[2] Gibbs's case involved an aggravating enhancement for obstruction of justice, due to obstructive conduct and evidence of additional bribery that came to light after the PSR was issued. Gibbs and Julio Figueroa (who were not part of the February 2024 70-defendant arrests) were sentenced prior to the effective date of U.S.S.G. Section 4C1.1 and therefore their Guidelines calculations do not include any zero-point offender reduction.

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | home detention |
| Rupnarain, Dwarka | 24 Cr. 125 (VEC) | 8/5/24 | $83,100 / $508,000 | 24 to 30 months | 1 year 1 day | Probation | ~27 months | 20 months' imprisonment |
| Samuel, Clarence | 24 Cr. 241 (LGS) | 9/3/24 | $82,200 / $250,000 | 24 to 30 months | 8 months | Probation | 24 to 27 months | 17 months' imprisonment |
| Johnson, Michael | 24 Cr. 135 (JMF) | 9/5/24 | $53,800 / $283,000 | 24 to 30 months | 1 year 1 day | Time served | 24 to 27 months | 16 months' imprisonment |
| Mendez, Joacim | 24 Cr. 308 (DLC) | 9/6/24 | $36,500 / $350,000 | 18 to 24 months | 1 year 1 day | Time served or home confinement | ~15 months | 15 months' imprisonment |
| Hopkins, Deshon | 24 Cr. 201 (LTS) | 9/16/24 | $13,500 / $125,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 4 months' imprisonment and 3 months' home detention |
| Machado, Vincent | 24 Cr. 202 (JMF) | 9/24/24 | $17,000 / $170,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 12 months and one day's imprisonment |
| Espinal, Jose | 24 Cr. 209 (JHR) | 9/25/24 | $5,000 / $48,000 | 8 to 14 months | Time served | Probation | 8 to 10 months | 6 months' imprisonment |
| Williams, Willie | 24 Cr. 260 (JGLC) | 9/26/24 | $21,350 / $190,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| Owens, Brett | 24 Cr. 183 (JPC) | 10/2/24 | $7,300 / $71,000 | 12 to 18 months | 6 months | Time served | 12 to 15 months | 9 months' imprisonment |
| Priester, Curtis | 24 Cr. 205 (NRB) | 10/10/24 | $13,500 / $85,000 | 12 to 18 months | Time served | Time served | 15 months | 9 months' imprisonment |
| Buckner, Marc | 24 Cr. 380 (KPF) | 10/16/24 | $25,000 / $235,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 9 months' imprisonment |
| Fuller, Joseph | 24 Cr. 181 (DEH) | 10/17/24 | $37,800 / $218,000 | 18 to 24 months | 2 months | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |
| De Los Santos, Victor | 24 Cr. 155 (KMW) | 10/23/24 | $35,000 / $280,000 | 18 to 24 months | 9 months | Probation with home detention | 18 to 21 months | 8 months' imprisonment |
| Miller, James | 24 Cr. 360 (VSB) | 10/28/24 | $86,500 / $690,000 | 24 to 30 months | 18 months | Probation, home detention, community service | 24 to 27 months | 19 months' imprisonment |
| Torres, Segundo | 24 Cr. 445 (RMB) | 11/12/24 | $35,300 / $252,753 | 18 to 24 months | 9 months | Probation | 15 months | 18 months' imprisonment |
| Lorick, Nirmal | 24 Cr. 340 (AT) | 11/12/24 | $142,000 / $1,300,000 | 30 to 37 months | 1 year 1 day | Probation | 24 months | 1 year's probation |
| Lan, Jaime | 24 Cr. 425 (KPF) | 11/12/24 | $27,000 / $270,000 | 18 to 24 months | Time served | Probation | 18 to 21 months | 9 months' imprisonment |
| Rosa, Herbert | 24 Cr. 359 (PKC) | 11/19/24 | $6,000 / $50,000 | 8 to 14 months | Time served | Probation | 8 months | 3 years' probation with |

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12 months' home detention |
| Rivera, Jaime | 24 Cr. 206 (JMF) | 11/20/24 | $32,000 / $160,000 | 18 to 24 months | 1 year 1 day | Probation, home detention, community service | 21 to 24 months | 8 months' imprisonment |
| Mackey, Marlon | 24 Cr. 230 (LAK) | 11/26/24 | $25,000 / $260,000 | 18 to 24 months | 9 months | Probation | 18 to 21 months | 6 months' imprisonment |
| Hollman, Veronica | 24 Cr. 353 (JGK) | 12/10/24 | $43,000 / $400,000 | 24 to 30 months | 9 months | Probation | 24 to 27 months | 7 months' imprisonment |
| Garcia, Manuel | 24 Cr. 246 (VSB) | 12/13/24 | $12,600 / $50,000 | 12 to 18 months | 2 months | Probation | 12 to 15 months | 3 months' imprisonment |
| Williams, Angela[3] | 24 Cr. 434 (PAE) | 12/13/24 | $25,000 / $85,000 | 24 to 30 months | 1 year 1 day | Probation | 27 to 30 months | 13 months' imprisonment |
| Pardo, Orlando | 24 Cr. 471 (JGLC) | 12/16/24 | $6,000 / $40,000 | 8 to 14 months | 4 months | Probation | 4 months | 2 months' imprisonment |
| Nunez, Raymond | 24 Cr. 477 (JHR) | 12/17/24 | $12,500 / $107,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 12 months and one day's imprisonment |

---

[3] Williams's Guidelines range included two additional points for obstruction because, prior to being charged, she deleted incriminating text messages and then lied about that conduct to law enforcement.

4

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| Charriez, Rigoberto | 24 Cr. 446 (AT) | 1/6/25 | $70,000 / $377,000 | 24 to 30 months | 18 months | Probation, home detention, community service | 24 to 27 months | 15 months' imprisonment |
| Bell, Gwendolyn | 24 Cr. 373 (PGG) | 1/10/25 | $32,000 / $280,000 | 18 to 24 months | 9 months | Time served | 12 months | Time served |
| Wright, Calvin | 24 Cr. 420 (PAE) | 1/10/25 | $8,500 / $40,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 6 weeks' imprisonment |
| Wade, Lindsay | 24 Cr. 470 (AT) | 1/13/25 | $8,000 / $64,000 | 12 to 18 months | Time served | Time served | 12 months | Time served |
| McCoy, Nakia | 24 Cr. 371 (PKC) | 1/15/25 | $9,000 / $71,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 7 weeks' imprisonment |
| McCreary, Erik | 24 Cr. 451 (LTS) | 1/23/25 | $6,000 / $64,000 | 8 to 14 months | Time served | Probation | 4 months | 2 months' imprisonment and 2 months' curfew |
| Torres, Luis | 24 Cr. 459 (JMF) | 1/23/25 | $11,000 / $139,000 | 12 to 18 months | 6 months | One year of supervised release | 12 to 15 months | 6 months' imprisonment |
| McPhatter, Henry | 24 Cr. 287 (MKV) | 1/28/25 | $16,000 / $95,000 | 18 to 24 months | 6 months | Time served | 21 months | 6 months' imprisonment |
| Tapia, Elizabeth | 24 Cr. 216 (VM) | 1/31/25 | $11,000 / $66,000 | 12 to 18 months | 4 months | Time served or home detention | 9 months | 4 months' imprisonment and 6 months' |

5

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | home detention |
| Mercado, Juan[4] | 24 Cr. 279 (VEC) | 1/31/25 | $329,300 / $1,886,000 | 57 to 71 months | 18 months | One year of home detention | 71 months | 48 months' imprisonment |
| Harley, Lateisha | 24 Cr. 124 (RMB) | 2/25/25 | $6,000 / $50,000 | 8 to 14 months | Three years' probation (including 12 months' home detention) | Time served | 8 to 14 months | 5 months' imprisonment |
| Harris, Joy[5] | 24 Cr. 207 (LAK) | 2/26/25 | $54,150 / $501,917 | 41 to 51 months | 24 months | Home confinement | 46 to 51 months | 41 months' imprisonment |
| Matos, Danny | 24 Cr. 299 (JGLC) | 2/28/25 | $30,000 / $290,000 | 18 to 24 months | 3 months | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |

---

[4] Mercado's Guidelines range included two additional points for obstruction because, after pleading guilty, he committed perjury at an evidentiary hearing before his sentencing. The sentence of 18 months' imprisonment recommended by the Probation Office was based on the initial Guidelines range of 46 to 57 months' imprisonment. The non-incarceratory sentence requested by Mercado and the 71-month sentence requested by the Government were based on the revised Guidelines range of 57 to 71 months' imprisonment.

[5] Harris's Guidelines range did not include any offense level reduction for acceptance of responsibility and included two additional points for obstruction because the defendant committed perjury when she testified at trial. The sentence of 24 months' imprisonment recommended by the Probation Office was based on a Guidelines range of 33 to 41 months' imprisonment. The sentence requested by the Government was based on the revised Guidelines range of 41 to 51 months' imprisonment.

| **Defendant** | **Docket** | **Date** | **Bribe / Contracts Amount** | **Guidelines Range** | **Probation Recomm.** | **Def. Request** | **Gov't Request**[1] | **Sentence** |
|---|---|---|---|---|---|---|---|---|
| Butler, Patrick | 24 Cr. 290 (LAK) | 3/19/25 | $24,000 | 18 to 24 months | 8 months | Time served with home detention | 18 to 24 months | Time served with three months' home detention |
| Newby-Bovian, Denise | 24 Cr. 640 (JHR) | 4/22/25 | $39,000 / $219,000 | 18 to 24 months | 1 year 1 day | Time served | 15 to 18 months | 16 months' imprisonment |
| Kemp, George | 24 Cr. 284 (DEH) | 5/2/25 | $67,500 / $275,000 | 30 to 37 months | 18 months | Probation | 30 months | 3 months' imprisonment |
| Colon, Hector[6] | 24 Cr. 367 (LJL) | 5/6/25 | $30,000 / $400,000 | 33 to 41 months | 18 months | Home confinement | 37 to 41 months | 18 months' imprisonment |

---

[6] Colon's Guidelines range did not include any offense level reduction for acceptance of responsibility and included two additional points for obstruction because the defendant committed perjury when he testified at trial. The sentence of 18 months' imprisonment recommended by the Probation Office was based on a Guidelines range of 27 to 33 months' imprisonment. The sentence requested by the Government was based on the revised Guidelines range of 33 to 41 months' imprisonment.